IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Kelly Cabrera,                       :

    Plaintiff,                   :

  v.                                 :   Case No. 2:08-cv-1087

Commissioner of Social Security,:   JUDGE GRAHAM

    Defendant.                   :

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 4, 2009. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained to the extent that the case is remanded to the Commissioner for further proceedings pursuant to 42 U.S.C. §405(g), sentence four.

                                       S/James L.Graham
                                       JAMES L. GRAHAM
                                       United States District Judge

Date: January 5, 2010